UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROCKWELL COOLEY MENKEL,

                Plaintiff,

v.                                      7:05-CV-0826
                                            (TJM/GHL)
GENERAL MOTOR CORPORATION and
PHINNEY'S CHEVROLET AND OLDS, INC.,

                Defendants.
_____

APPEARANCES:                             OF COUNSEL:

ROCKWELL COOLEY MENKEL
Plaintiff *pro se*
38 Linden Street
Williamstown, MA 01267

THORN GERSHON TYMANN             ARTHUR H. THORN, ESQ.
   AND BONANNI, LLP                   ERIN P. MEAD, ESQ.
Counsel for Defendant General Motors Corp.
5 Wembley Court
New Karner Road
Albany, New York 12212-5054

RYAN & SMALLACOMBE, PLLC           CLAUDIA A. RYAN, ESQ.
Counsel for Defendant Phinney's Chevrolet
   and Olds, Inc.
100 State Street
Suite 800
Albany, New York 12207

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

      By letter dated December 12, 2007, defense counsel requested permission to move for

dismissal based upon Plaintiff's failure to prosecute. (Dkt. Nos. 41 and 42.) I am going to grant

such permission but I leave to defense counsel whether, given Plaintiff's stated reason for not participating in today's scheduled teleconference, they should reach out to her one final time in an attempt to conduct and complete discovery promptly.  Accordingly, it is

**ORDERED**, that Defendants are given permission to move for dismissal based upon Plaintiff's failure to prosecute.

Dated: January 4, 2008
       Syracuse, New York

                                         George H. Lowe
                                         United States Magistrate Judge